**DATE OF NOTICE:**     September 18, 2018

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MALIBU MEDIA, LLC,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| **v.** | : | |
| | : | |
| **MATTHEW SIMONS,** | : | |
| *Defendant.* | : | No. 18-1641 |

**NOTICE OF RESCHEDULED
<u>INITIAL PRETRIAL CONFERENCE</u>**

The **INITIAL PRETRIAL CONFERENCE ("IPTC")** in the above-captioned matter scheduled to be held on Friday, September 21, 2018 at 4:30 p.m. has been rescheduled to be held on Wednesday**, October 3, 2018 at 2:30 p.m.** with the Honorable Gene E.K. Pratter in Chambers, Room 10613, United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

<u>Shelli L. MacElderry</u>
Shelli L. MacElderry for
Rose A. Barber
Deputy Clerk – Civil
For Judge Gene E.K. Pratter
267-299-7352

Copies sent by ECF to:
Christopher P. Fiore
Leslie A. Farber